No. 1070. PEOPLE, APPELLEE, v. MERCADO ET AL., APPELLANTS.—Conspiracy. Humacao. March 5, 1918. *Reconsideration denied.*

---

No. 1237. PEOPLE, APPELLEE, v. MARICHE, APPELLANT.—Burglary. San Juan, Section 2. March 7, 1918. *Affirmed.*

---

No. 1222. PEOPLE, APPELLANT, v. GALANES, APPELLEE.—Offense against Election Law. Mayagüez. March 7, 1918. *Reversed.*

---

No. 1235. PEOPLE, APPELLEE, v. CARRILLO, APPELLANT.—Assault and battery. Humacao. March 7, 1918. *Affirmed.*

---

No. 222. VEVE, PETITIONER, v. TEXIDOR, DISTRICT JUDGE, RESPONDENT.—Certiorari. San Juan, Section 1. March 7, 1918. *Petition denied.*

---

No. 1812. PANIAGUA, APPELLANT, v. NOBLE ET AL., APPELLEES. — Intervention in ownership. San Juan, Section 1. March 12, 1918. *Dismissed.*

---

No. 347. CREHORE, APPELLANT, v. REGISTRAR OF PONCE, RESPONDENT.—Administrative appeal. March 14, 1918. *Appeal withdrawn.*

---

No. 1239. GARCÍA OR FIGUEROA, PETITIONER AND APPELLANT (PEOPLE, CONTESTANT AND APPELLEE). — Habeas corpus. Ponce. March 18, 1918. *Reversed.*